

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00341-CV

| | | |
|---|---|---|
| SANAA ALESA AND WAFAA ALZAYATNA, Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-299710-18) |
| V. | § | December 17, 2020 |
| ASHLEY ALEXANDRIA MEYER AND SAM ALMASRI, Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM